RECEIVED JAN 10 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOLDBLATT, individually and on behalf of all others similarly situated, | CASE NO. 11-cv-05779 |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| HEWLETT-PACKARD COMPANY | |
| Defendant. | |

Kristofor T. Henning, whose business address and telephone number is

Morgan, Lewis & Bockius LLP
1701 Market Street, Philadelphia, PA 19103
Telephone: (215) 963-5882

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Hewlett-Packard Company

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 9, 2012

*Lucy H. Koh*
United States District Judge

United States District Court
For the Northern District of California