Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

**HORWITZ, HORWITZ & PARADIS, Attorneys at Law**
Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
570 7th Avenue, 20th Floor
New York, NY 10018
Telephone: 212/986.4500
Facsimile: 212/986-4501

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN SINACORI, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HEWLETT-PACKARD COMPANY, A Delaware Corporation.**<br><br>**Defendant.** | **CASE NO.: CV 11-05779-LHK**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

Through this Stipulated Request and [Proposed] Order, Plaintiff Steven Sinacori ("Plaintiff") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to continue the Case Management Conference scheduled for February 29, 2012 until May 3, 2012, and jointly request that the Court approve this extension pursuant to L.R. 6-2.

**WHEREAS**, on December 22, 2011, the Court entered an Order setting a Case Management Conference for Wednesday, February 29, 2012 at 2:00 p.m. before Judge Lucy Koh;

**WHEREAS**, on February 3, 2012, Plaintiff filed an amended class action complaint (the "Amended Complaint") against HP;

**WHEREAS**, pursuant to the Order entered by the Court on January 2, 2012, HP will file a motion to dismiss the Amended Complaint on March 2, 2012;

**WHEREAS**, pursuant to that same Order, the Court has scheduled a hearing on HP's anticipated motion to dismiss for May 3, 2012 at 1:30 p.m.;

**WHEREAS**, in the interest of efficiency and convenience for the Court and the parties, the parties have agreed subject to approval of this Court to continue the Case Management Conference from February 29, 2012 to May 3, 2012 to coincide with the parties scheduled appearance before the Court with regard to HP's motion to dismiss;

**WHEREAS**, pursuant to the continuance, the parties further have agreed to file Case Management statements by April 26, 2012;

**WHEREAS,** despite the requested continuance, the parties have agreed to conduct the meet and confer conference required by Rule 26(f) of the Federal Rules of Civil Procedure on or before February 24, 2012;

**WHEREAS**, pursuant to Civil L.R. 6-2, the extension of time will not negatively impact any event or deadlines already affixed by the Court;

**NOW THEREFORE**, pursuant to Civil L.R. 6-2 and 7-12, Plaintiff and HP stipulate to, and request the Court's approval of, a continuance of the February 29, 2012 Case Management Conference until May 3, 2012, with Case Management Statements due on or before April 26, 2012.

Dated: February 14, 2012

**KIESEL BOUCHER & LARSON LLP**

By: /s/ Gina M. Tufaro
Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

**HORWITZ, HORWITZ & PARADIS, Attorneys at Law**
Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
570 7th Avenue, 20th Floor
New York, NY 10018
Telephone: (212) 986.4500
Facsimile: (212) 986-4501

*Attorneys for Plaintiff*

Dated: February 14, 2012

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Kristofor T. Henning
Kristofor T. Henning (*Pro Hac Vice*)
khenning@morganlewis.com
1701 Market Street
Philadelphia, PA 19103

Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Attorneys for Defendant Hewlett-Packard Co.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 22, 2012

Lucy H. Koh
LUCY H. KOH
UNITED STATES DISTRICT JUDGE