| | |
|---|---|
| 1 | THOMAS M. PETERSON (State Bar No. 96011) |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
|   | Telephone: 415.442.1000 |
| 4 | Facsimile: 415.442.1001 |
|   | E-mail: tmpeterson@morganlewis.com |
| 5 | |
| 6 | J. GORDON COONEY, JR. (PAB 42636) |
|   | (*Pro Hac Vice*) |
| 7 | KRISTOFOR T. HENNING (PAB 85047) |
|   | (*Pro Hac Vice*) |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 1701 Market Street |
| 9 | Philadelphia, PA 19103 |
|   | Telephone: 215.963.5000 |
| 10 | Facsimile: 215.963.5001 |
| 11 | E-mail: jgcooney@morganlewis.com |
|    |         khenning@morganlewis.com |
| 12 | |
|    | Attorneys for Defendant |
| 13 | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SINACORI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 5:11-cv-05779-LHK<br><br>**DEFENDANT HEWLETT-PACKARD COMPANY'S STATEMENT OF RECENT DECISION**<br><br>Date:      September 6, 2012<br>Time:      1:30 p.m.<br>Place:     Courtroom 8, 4th Floor<br>Before:    Hon. Lucy H. Koh |

Case No. 5:11-cv-05779-LHK

HP'S STATEMENT OF RECENT DECISION

Pursuant to Civil Local Rule 7-3(d)(2), Hewlett-Packard Company ("HP") submits this Statement of Recent Decision to bring to the Court's attention a recent decision in *In re: Toyota Motor Corp. Unintended Acceleration Mktg., Sales Practices, and Products Liab. Litig.*, No. 8:10-ml-02151-JVS-FMO (C.D. Cal. May 4, 2012), a copy of which is attached in four sub-parts (Exhibits A through D) because of its size. The decision was published after HP filed its Reply in Support of its Motion to Dismiss on April 13, 2012 (*see* Dkt. No. 27) and is therefore appropriate for consideration by the Court on HP's Motion to Dismiss. *See* Civil L.R. 7-3(d)(2) ("Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by serving and filing a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–without argument."). The decision is relevant to HP's Motion to Dismiss Plaintiff's claim under New York General Business Law § 349.

Respectfully submitted,

Dated: May 10, 2012     **MORGAN, LEWIS & BOCKIUS LLP**

By:    s/Kristofor T. Henning
       Kristofor T. Henning

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

Case No. 5:11-cv-05779-LHK

HP'S STATEMENT OF RECENT DECISION