Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

**HORWITZ, HORWITZ & PARADIS, Attorneys at Law**
Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
570 7th Avenue, 20th Floor
New York, NY 10018
Telephone: (212) 986-4500
Facsimile: (212) 986-4501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SINACORI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation.<br><br>Defendant. | CASE NO.: CV 11-05779-LHK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge:   Hon. Lucy H. Koh |

1

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), the above-captioned action, and all of Plaintiff's claims asserted therein, are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees; and

2. Neither plaintiff nor defendant have given or received any consideration for this dismissal.

Dated: July 10, 2012  **KIESEL BOUCHER & LARSON LLP**

By: */s/ Paul R. Kiesel*
Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiff*

Dated: July 10, 2012  **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Kristofor T. Henning*
KRISTOFOR T. HENNING (PAB 85047)
(Pro Hac Vice)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com

*Attorneys for Defendant.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July ___, 2012

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**